The Honorable Paul B. Snyder
Chapter 7
Location: Tacoma

'06 OCT -2 AM 9:19

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re: ) No. 04-49967
)
ERLAND EVANS, ) NOTICE OF DEPOSIT OF UNCLAIMED
) FUNDS
             Debtor. )
)

COMES NOW the Trustee, Kathryn A. Ellis, and pursuant to 11 U.S.C.§ 347 (a) and Bankruptcy Rule 3011, remits unclaimed proceeds in the amount of $4,922.79 of the following creditor to the Clerk of this Court:

Claim No. 3         Margarita R. Evans
                       925 SW 163rd, #1311
                       Beaverton, OR 97006

also mailed to    Margarita Roco
                       385 Island Circle, B-3
                       Beaverton, OR 97006

DATED this 28th day of September, 2006.

                                             Kathryn A. Ellis, Trustee

C:\Shared\KAE\Dox\TRUSTEE\EEvans\unclaimed_not.wpd

KATHRYN A. ELLIS, ESQ.
600 Stewart St
Suite 620
Seattle, WA 98101
(206) 682-5002

NOTICE OF DEPOSIT OF UNCLAIMED FUNDS - 1